```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 22100
   RONALD PAUL CARTER
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9954

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/26/2007 and was confirmed 02/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was dismissed after confirmation 07/23/2008.
------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
HSBC AUTO FINANCE         SECURED VEHIC      8917.32         80.00        538.24
HOUSEHOLD AUTOMOTIVE FIN  UNSECURED         NOT FILED          .00           .00
CAPITAL ONE               UNSECURED          1151.59           .00           .00
CHICAGO HEIGHTS STEEL C   UNSECURED         NOT FILED          .00           .00
CREDITORS COLLECTION BUR  UNSECURED         NOT FILED          .00           .00
FIRST SELECT CORPORATION  UNSECURED         NOT FILED          .00           .00
MUTUAL HOSPITAL           UNSECURED         NOT FILED          .00           .00
NICOR GAS                 UNSECURED         NOT FILED          .00           .00
PARK DANSAN               UNSECURED         NOT FILED          .00           .00
PARK DANSAN               UNSECURED         NOT FILED          .00           .00
PROFESSIONAL ACCOUNT MGM  UNSECURED         NOT FILED          .00           .00
RMI/MCSI                  UNSECURED          1000.00           .00           .00
RMI/MCSI                  UNSECURED         NOT FILED          .00           .00
RMI/MCSI                  UNSECURED         NOT FILED          .00           .00
RMI/MCSI                  UNSECURED         NOT FILED          .00           .00
RMI/MCSI                  UNSECURED         NOT FILED          .00           .00
RMI/MCSI                  UNSECURED         NOT FILED          .00           .00
RMI/MCSI                  UNSECURED         NOT FILED          .00           .00
RMI/MCSI                  UNSECURED         NOT FILED          .00           .00
RMI/MCSI                  UNSECURED         NOT FILED          .00           .00
HSBC AUTO FINANCE         UNSECURED           450.00           .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY        3,000.00                      399.32
TOM VAUGHN                TRUSTEE                                           83.44
DEBTOR REFUND             REFUND                                           271.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     1,372.00

PRIORITY                                          .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22100 RONALD PAUL CARTER
```

```
SECURED                                                         538.24
    INTEREST                                                     80.00
UNSECURED                                                          .00
ADMINISTRATIVE                                                  399.32
TRUSTEE COMPENSATION                                             83.44
DEBTOR REFUND                                                   271.00
                                    ---------------    ---------------
TOTALS                                     1,372.00           1,372.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```